UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY VICTOR COLEMAN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>T. ALLEN, et al.,<br><br>　　　　　Defendants. | Case No. 22-cv-04491-HSG<br><br>**ORDER GRANTING FINAL EXTENSION OF TIME TO FILE AMENDED COMPLAINT**<br><br>Re: Dkt. No. 13 |

In the interests of justice, the Court GRANTS Plaintiff a final extension of time to April 28, 2023, to file his amended complaint. Dkt. No. 13. **No further extensions of time will be provided.** Plaintiff alleges that he is unable to meet the court's deadlines because he has not recently been granted access to the law library and he is enrolled in a time-intensive EOP program. However, as of this order, Plaintiff has been granted over six months to file an amended complaint. This action cannot proceed without an operative complaint and the action has been pending over eight months.

Failure to file an amended complaint in accordance with this order in the time provided will result in dismissal of this action without further notice to Plaintiff. The Clerk shall include two copies of the court's complaint form with a copy of this order to Plaintiff.

This order terminates Dkt. No. 13.

**IT IS SO ORDERED.**

Dated: March 23, 2023

　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge