UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY VICTOR COLEMAN, | Case No. 22-cv-04491-HSG |
| Plaintiff, | **JUDGMENT** |
| v. | |
| T. ALLEN, et al., | |
| Defendants. | |

The Court has DISMISSED this action without leave to amend. The Clerk shall enter judgment in favor of Defendants and against Plaintiff, and close the case.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 7/7/2023

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge